No. 1,740.—H.EINZE ET AL., APPELLANTS, v. BOSTON & MONTANA CONSOL. C. & S. MINING COM-PANY, RESPONDENT.

*Appeal from District Court, Silver Bow County.*

Injunction.

PER CURIAM.—The application for an injunction pending the appeal is denied.

*Messrs. Toole & Bach,* for Appellants.

---

No. 1,402, 1,403.—LYNCH, RESPONDENT, v. BECHTEL, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided January 2, 1902.

PER CURIAM.—These appeals are this day dismissed as set-tled, without cost to either party, in accordance with the stipu-lations filed herein.

*Mr. John N. Kirk,* and *Mr. E. N. Harwood,* for Appellant.

---

No. 1,566.—NORTHERN PACIFIC RAILWAY COM-PANY, RESPONDENT, v. NEFF, APPELLANT.

*Appeal from District Court, Deer Lodge County.*

On motion to dismiss appeal.

Decided January 16, 1902.